IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN A. JOHNSON, | : | |
| Petitioner, | : | 1:16-cv-0013 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN, USP LEWISBURG, SMU, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**January 20, 2016**

**NOW, THEREFORE**, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application (Doc. 2) to proceed *in forma pauperis* is GRANTED for sole purpose of the filing of the action.

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. The Clerk of Court is directed to CLOSE this case and NOTIFY Petitioner.

                                                    s/ John E. Jones III
                                                    John E. Jones III
                                                    United States District Judge